IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KYRA CANNING,<br>        Plaintiff,<br><br>v.<br><br>WILLIAM SMITH, et al.,<br>        Defendants.<br>—————————————————<br>JARROD BLACKWOOD, et al., individually<br>and on behalf of a class of similarly situated<br>individuals,<br>        Consolidated Plaintiffs,<br><br>v.<br><br>JOHN/JANE DOES I-X et al.<br>        Consolidated Defendants. | Lead Civil Action No. 3:20-cv-401-JAG |

## <u>ORDER</u>

This matter comes before the Court on the defendant William Smith's motion to dismiss the plaintiffs' original complaint. (ECF No. 34.)

Rule 15(a) of the Federal Rules of Civil Procedure allows a party to file an amended pleading "once as a matter of course" within "21 days after service of a motion under Rule 12(b)." Here, Smith responded to the plaintiffs' original complaint with a 12(b)(6) motion to dismiss. (ECF No. 34.) The plaintiffs filed an amended complaint within 21 days of Smith's motion. (ECF No. 38.) Accordingly, the plaintiffs properly filed the amended complaint as a matter of course and the Court accepts it as the operative complaint in this matter. *See* Fed. R. Civ. P. 15(a)(1). *See Young v. City of Mount Ranier*, 238 F.3d 567, 572 (4th Cir. 2001) ("As a general rule, 'an

amended pleading ordinarily supersedes the original and renders it of no legal effect.'" (quoting *In re Crysen/Montenay Energy Co.*, 226 F.3d 160, 162 (2d Cir. 2000)).

Because the plaintiffs filed the amended complaint after Smith's motion to dismiss, the Court DENIES AS MOOT Smith's motion to dismiss.  (ECF No. 34.)  *See Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020) (holding "that when a plaintiff properly amends her complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint"); *see also Roncales v. County of Henrico*, No. 3:19cv234, 2019 WL 8112889, at *1 (E.D. Va. July 1, 2019) (denying as moot the defendants' motion to dismiss upon granting the plaintiff's motion to amend her complaint).

Federal Rule of Civil Procedure 15(a)(3) provides the deadline for Smith to respond to the plaintiffs' amended complaint.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.


Date: 20   October 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge

2