IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KYRA CANNING,<br>       Plaintiff,<br><br>v.<br><br>WILLIAM SMITH, et al.,<br>       Defendants. | Lead Civil Action No. 3:20-cv-401 |
| JARROD BLACKWOOD, et al., individually and on behalf of a class of similarly situated individuals,<br>       Consolidated Plaintiffs,<br><br>v.<br><br>JOHN/JANE DOES I-X et al.<br>       Consolidated Defendants. | |
| MARIA LOURDES MAURER,<br>       Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, et al.,<br>       Defendants. | Civil Action No. 3:20-cv-668 |

## ORDER

For the reasons stated from the bench, the Court DENIES the motion to dismiss filed by William Smith. (ECF No. 42, Lead Civil Action No. 3:20-cv-401.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 10 December 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge