IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KYRA CANNING,<br>            Plaintiff,<br><br>v.<br><br>WILLIAM SMITH, et al.,<br>            Defendants. | Lead Civil Action No. 3:20-cv-401 |
| JARROD BLACKWOOD, et al., individually and on behalf of a class of similarly situated individuals,<br>            Consolidated Plaintiffs,<br><br>v.<br><br>JOHN/JANE DOES I-X et al.<br>            Consolidated Defendants. | |
| MARIA LOURDES MAURER,<br>            Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, et al.,<br>            Defendants. | Civil Action No. 3:20-cv-668 |

## ORDER

This matter comes before the Court on the parties' joint Rule 26(f)(3) discovery plan. (ECF No. 58, 3:20cv401; ECF No. 50, 3:20cv668.) Upon due consideration, the Court APPROVES the joint discovery plan.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: __10 December 2020__
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge