IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KYRA CANNING,<br>       Plaintiff,<br><br>v.<br><br>WILLIAM SMITH, et al.,<br>       Defendants. | Lead Civil Action No. 3:20-cv-401 |
| JARROD BLACKWOOD, et al., individually and on behalf of a class of similarly situated individuals,<br>       Consolidated Plaintiffs,<br><br>v.<br><br>JOHN/JANE DOES I-X et al.<br>       Consolidated Defendants. | |
| MARIA LOURDES MAURER,<br>       Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, et al.,<br>       Defendants. | Civil Action No. 3:20-cv-668 |
| NATHAN ARRIES,<br>       Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, et al.,<br>       Defendants. | Civil Action No. 3:21-cv-85 |

**<u>ORDER</u>**

This matter comes before the Court on Plaintiff Nathan Arries's motion to consolidate his case with *Canning v. Smith, et al.* (3:20-cv-401) and *Maurer v. City of Richmond, et al.* (3:20-cv-

668). (Case No. 3:21-cv-85, ECF No. 5.) Upon due consideration, the Court GRANTS the motion and announces the following:

1. In the interest of judicial efficiency and pursuant to Federal Rule of Civil Procedure 42(a), the Court DIRECTS the Clerk to CONSOLIDATE *Arries v. City of Richmond, et al.* (3:21-cv-85) with *Canning v. Smith, et al.* (3:20-cv-401) and *Maurer v. City of Richmond, et al.* (3:20-cv-668) for purposes of discovery, pretrial motions, and settlement negotiations.

2. To the extent any pleadings pertain to discovery, pretrial matters, or settlement negotiations, counsel shall coordinate the filing of identical pleadings in all three cases: *Canning v. Smith, et al.* (3:20-cv-401), *Maurer v. City of Richmond, et al.* (3:20-cv-668), and *Arries v. City of Richmond, et al.* (3:21-cv-85).

3. Any party that objects to the addition of *Arries v. City of Richmond, et al.* (3:21-cv-85) to this consolidated action shall file a written memorandum explaining its position on or before ~~February~~ March 8, 2021.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 22 February 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge