IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KYRA CANNING,<br>    Plaintiff, | |
| v. | Civil Action No.: 3:20-cv-401 |
| WILLIAM SMITH, *et al.*,<br>    Defendants. | |
| JARROD BLACKWOOD, *et al.*, individually and on behalf of a class of similarly situated individuals,<br>    Consolidated Plaintiffs, | |
| v. | [Previously Civil Action No.: 3:20-cv-444] |
| JOHN/JANE DOES, I-X,<br>    Consolidated Defendants. | |
| MARIA LOURDES MAURER,<br>    Plaintiff, | |
| v. | Civil Action No.: 3:20-cv-668 |
| CITY OF RICHMOND, et al.,<br>    Defendants. | |
| NATHAN ARRIES,<br>    Plaintiff, | |
| v. | Civil Action No.: 3:21-cv-85 |
| CITY OF RICHMOND, et al.,<br>    Defendants. | |

### ***BLACKWOOD* PLAINTIFFS' MOTION TO AMEND PRIOR DISCOVERY ORDERS**

Comes now the *Blackwood* plaintiffs, by counsel, and move to modify the orders of June 26, 2020, July 6, 2020, and December 10, 2020, related to discovery. They request leave to issue

1

the subpoena contemplated in the June 17, 2020 motion. **Case 3:20-cv-444 ECF Doc. 3**. They further request leave to take a Rule 30(b)(6) deposition of City personnel, as contemplated in the Discovery Plan. They further request the Court lift the restriction under the July 6, 2020 order, which was incorporated into the discovery plan and extended by the December 10, 2020 order, requiring the plaintiffs to "keep the list [of involved officers] and the identities on the list confidential and shall not disclose the identities of the officers without first obtaining leave of the Court."

Counsel certifies that he attempted to confer with opposing counsel to resolve this matter, but the attempt was unsuccessful.

**Respectfully submitted,**

**Plaintiffs Jarrod Blackwood, Megan Blackwood, Ryan Tagg, Christopher Gayler, and Keenan Angel, by counsel, each individually and on behalf of a class of similarly situated persons**

By: /s/ Andrew T. Bodoh
           Counsel

Thomas H. Roberts, Esq. VSB # 26014
tom.roberts@robertslaw.org
Andrew T. Bodoh, Esq. VSB # 80143
andrew.bodoh@robertslaw.org
Thomas H. Roberts & Associates, P.C.
105 South 1st Street
Richmond, VA 23219
(804) 783-2000 (telephone)
(804) 783-2105 (facsimile)
*Counsel for Consolidated Plaintiffs Jarrod Blackwood, Megan Blackwood, Ryan Tagg, Christopher Gayler, and Keenan Angel, by counsel, each individually and on behalf of a class of similarly situated persons*

## CERTIFICATE OF SERVICE

I hereby certify that on the April 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send an electronic notification to all counsel of record who have appeared in this matter, including the following:

Steven D. Brown (VSB No. 42511)
IslerDare, PC
411 East Franklin Street, Suite 203
Richmond, Virginia 23219
Phone: (804) 489-5500
Facsimile: (804) 234-8234
sbrown@islerdare.com
*Counsel for William Smith*

Seth R. Carroll, Esquire
Connor Bleakley, Esquire
Commonwealth Law Group
3311 West Broad Street
Richmond, Virginia 23230
Telephone: (804) 999-9999
Facsimile: (866) 238-6415
Email: scarroll@hurtinva.com
*Counsel for Plaintiff Kyra Canning*

Jonathan E. Halperin, Esquire
Halperin Law Center
52525 Hickory Park Drive, Suite B
Glen Allen, Virginia 23059
Telephone: (804) 57-0100
Facsimile: (804) 597-0209
Email: jonathan@hlc.law
*Counsel for Plaintiff Kyra Canning*

Tim Schulte (VSB #41881)
Blackwell N. Shelley, Jr. (VSB #28142)
Shelley Cupp Schulte, P.C.
3 W. Cary Street
Richmond VA 23220
(804) 644-9700
(804) 278-9634 [fax]
schulte@scs-work.com
shelley@scs-work.com
*Counsel for Plaintiff Nathan Arries*

Theodore Webb Briscoe , III
Geoffrey McDonald & Associates PC

8720 Stony Point Parkway
Suite 250
Richmond, VA 23235
804-888-8888
Fax: 804-359-5426
tbriscoe@mcdonaldinjurylaw.com
*Counsel for Plaintiff Maria Lourdes Maurer*

Mark D. Dix, Esq.
Seth R. Carroll, Esq.
Conner Bleakley, Esq.
Commonwealth Law Group, PLLC
3311 West Broad Street
Richmond, Virginia 23230
Telephone: (804) 999-9999
Facsimile: (866) 238-6415
mdix@hurtinva.com
scarroll@hurtinva.com
cbleakley@hurtinva.com

Jonathan E. Halperin – VSB No. 32698
Andrew Lucchetti – VSB No. 86631
Isaac A. McBeth – VSB No. 82400
Halperin Law Center, LLC
5225 Hickory Park Drive, Suite B
Glen Allen, VA 23059
Phone: (804) 527-0100
Facsimile: (804) 597-0209
jonathan@hlc.law
andrew@hlc.law
isaac@hlc.law

*Counsel for Plaintiff Kyra Canning*

Lindsey Ann Strachan
Steven David Brown
Isler Dare PC
411 East Franklin Street
Suite 203
Richmond, VA 23219
(804) 489-5503
Fax: (804) 234-8234
lstrachan@islerdare.com
sbrown@islerdare.com

*Counsel for Defendant Smith*

Richard Earl Hill , Jr.

4

Office of the City Attorney (Richmond)
900 E Broad St
Room 400 City Hall
Richmond, VA 23219
(804) 646-7946
Fax: (804) 646-7939
Richard.E.Hill@richmondgov.com
*Counsel for Defendant City of Richmond*

Erin R. McNeill, Esq.
Blaire H. O'Brien, Esq.
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 747-5200
Facsimile: (804) 747-6085
emcneill@oag.state.va.us
bo'brien@oag.state.va.us

*Counsel for Gary Settle*

        By: /s/ Andrew T. Bodoh
        Counsel

        Thomas H. Roberts, Esq. VSB # 26014
        tom.roberts@robertslaw.org
        Andrew T. Bodoh, Esq. VSB # 80143
        andrew.bodoh@robertslaw.org
        Thomas H. Roberts & Associates, P.C.
        105 South 1st Street
        Richmond, VA 23219
        (804) 783-2000 (telephone)
        (804) 783-2105 (facsimile)
        *Counsel for Consolidated Plaintiffs Jarrod Blackwood, Megan Blackwood, Ryan Tagg, Christopher Gayler, and Keenan Angel, by counsel, each individually and on behalf of a class of similarly situated persons*