IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KYRA CANNING,<br>     Plaintiff,<br><br>v.<br><br>WILLIAM SMITH, et al.,<br>     Defendants. | Lead Civil Action No. 3:20-cv-401 |
| JARROD BLACKWOOD, et al., individually and on behalf of a class of similarly situated individuals,<br>     Consolidated Plaintiffs,<br><br>v.<br><br>JOHN/JANE DOES I-X et al.<br>     Consolidated Defendants. | |
| MARIA LOURDES MAURER,<br>     Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, et al.,<br>     Defendants. | Civil Action No. 3:20-cv-668 |

## ORDER

This matter comes before the Court on its own initiative. On October 7, 2021, the Court received a bill from Mark E. Rubin totaling $4,750.00 for services rendered in his capacity as special master (the "September bill"). Pursuant to the Order appointing Mr. Rubin, the Court will allocate payment of the September bill among the parties.

Upon due consideration, the Court ORDERS the following:

1) The City of Richmond shall pay $415.63 of the September bill;

2) William Smith shall pay $1,128.12 of the September bill;

3) William Blackwell shall pay $415.63 of the September bill;

4) Gary T. Settle shall pay $415.63 of the September bill;

5) Thomas H. Roberts & Associates PC shall pay $712.49 of the September bill; and

6) Commonwealth Law Group and Halperin Law Center shall pay $1,662.50 of the September bill.[1]

The parties shall pay their bills in accordance with any agreements they may have regarding the payment of costs and fees related to these cases.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 12 October 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge

---

[1] Commonwealth Law Group and Halperin Law Center can apportion payment among themselves however they prefer.