IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KYRA CANNING,<br>      Plaintiff,<br><br>v.<br><br>WILLIAM SMITH, et al.,<br>      Defendants. | Lead Civil Action No. 3:20-cv-401 |
| JARROD BLACKWOOD, et al., individually and on behalf of a class of similarly situated individuals,<br>      Consolidated Plaintiffs,<br><br>v.<br><br>JOHN/JANE DOES I-X et al.<br>      Consolidated Defendants. | |
| MARIA LOURDES MAURER,<br>      Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, et al.,<br>      Defendants. | Civil Action No. 3:20-cv-668 |

## ORDER

This matter comes before the Court on its own initiative. On December 1, 2021, the Court received a bill from Mark E. Rubin totaling $1,306.25 for services rendered in his capacity as special master (the "November bill"). Pursuant to the Order appointing Mr. Rubin, the Court will allocate payment of the November bill among the parties.

Upon due consideration, the Court ORDERS the following:

1) William Smith shall pay $653.13 of the November bill;

2) Thomas H. Roberts & Associates PC shall pay $326.56 of the November bill; and

3) Commonwealth Law Group and Halperin Law Center shall pay $326.56 of the November bill.[1]

The parties shall pay their bills in accordance with any agreements they may have regarding the payment of costs and fees related to these cases.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: __1 December 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge

---

[1] Commonwealth Law Group and Halperin Law Center can apportion payment among themselves however they prefer.