IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KYRA CANNING,<br>        Plaintiff,<br><br>v.<br><br>WILLIAM SMITH, et al.,<br>        Defendants. | Lead Civil Action No. 3:20-cv-401 |
| JARROD BLACKWOOD, et al., individually and on behalf of a class of similarly situated individuals,<br>        Consolidated Plaintiffs,<br><br>v.<br><br>JOHN/JANE DOES I-X, et al.<br>        Consolidated Defendants. | |
| MARIA LOURDES MAURER,<br>        Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, et al.,<br>        Defendants. | Civil Action No. 3:20-cv-668 |

## **ORDER**

This matter comes before the Court on the various motions in these cases: motions to amend or correct certain Orders, (Case No. 3:20cv401, ECF No. 67; Case No. 3:20cv668, ECF No. 64); a motion to sever by Colonel Gary Settle, (Case No. 3:20cv668, ECF No. 61); and a motion for leave to file an amended complaint by the *Blackwood* plaintiffs, (Case No. 3:20cv401, ECF No. 74). On February 1, 2022, the Court learned that the parties have reached settlement

agreements. Accordingly, the Court DENIES AS MOOT the aforementioned motions. (Case No. 3:20cv401, ECF Nos. 67, 74; Case No. 3:20cv668, ECF Nos. 61, 64).

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 2 February 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge