IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KYRA CANNING, <br>    Plaintiff, | |
| v. | Civil Action No.: 3:20-cv-401 |
| WILLIAM SMITH, *et al.*, <br>    Defendants. | |
| JARROD BLACKWOOD, *et al.*, individually and on behalf of a class of similarly situated individuals, <br>    Consolidated Plaintiffs, | |
| v. | [Previously Civil Action No.: 3:20-cv-444] |
| JOHN/JANE DOES, I-X, <br>    Consolidated Defendants. | |

### *BLACKWOOD* PLAINTIFFS' MOTION TO DISMISS
Per Fed. R. Civ. Pro. 41(a)(2)

Comes now the *Blackwood v. Doe* plaintiffs, by counsel, and moves this Court to dismiss their claims with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2), on the following terms:

(a) The protective orders entered in this case at ECF Doc. 16 and 61 (incorporating ECF Doc. 58 by reference), are deemed modified pursuant to Rule 26(c) so that those orders shall expire as to the *Blackwood* plaintiffs effective on July 1, 2022.

(b) The Court shall preserve its jurisdiction to enforce the provisions of the settlement contract between the plaintiff and the City of Richmond, pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82, 114 S. Ct. 1673,1677 (1994).

The City of Richmond consents to this motion. The reasons for this motion are stated in the accompanying brief.

1

**Respectfully submitted,**
**Plaintiffs Jarrod Blackwood, Megan Blackwood,**
**Ryan Tagg, Christopher Gayler, and Keenan**
**Angel, by counsel**

By: /s/ Thomas H. Roberts
                 Counsel

Thomas H. Roberts, Esq. VSB # 26014
tom.roberts@robertslaw.org
Andrew T. Bodoh, Esq. VSB # 80143
andrew.bodoh@robertslaw.org
Thomas H. Roberts & Associates, P.C.
105 South 1st Street
Richmond, VA 23219
(804) 783-2000 (telephone)
(804) 783-2105 (facsimile)
*Counsel for Consolidated Plaintiffs Jarrod*
*Blackwood, Megan Blackwood, Ryan Tagg,*
*Christopher Gayler, and Keenan Angel, by counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on the February 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send an electronic notification to all counsel of record who have appeared in this matter, including the following:

Seth R. Carroll, Esquire
Connor Bleakley, Esquire
Mark Dennis Dix
Commonwealth Law Group
3311 West Broad Street
Richmond, Virginia 23230
Telephone: (804) 999-9999
Facsimile: (866) 238-6415
mdix@hurtinva.com
scarroll@hurtinva.com
cbleakley@hurtinva.com
*Counsel for Plaintiff Kyra Canning*

Jonathan E. Halperin, Esquire
Halperin Law Center
52525 Hickory Park Drive, Suite B
Glen Allen, Virginia 23059
Telephone: (804) 57-0100

2

Facsimile: (804) 597-0209
Email: jonathan@hlc.law
*Counsel for Plaintiff Kyra Canning*

Lindsey Ann Strachan
Steven David Brown
Isler Dare PC
411 East Franklin Street
Suite 203
Richmond, VA 23219
(804) 489-5503
Fax: (804) 234-8234
lstrachan@islerdare.com
sbrown@islerdare.com
*Counsel for Defendant Smith*

Additionally, this has been emailed to:

Wirt P. Marks (VSB# 36770)
Senior Assistant City Attorney
900 East Broad Street, Room 400
Richmond, Virginia 23219
Telephone: (804) 646-3019
Facsimile: (804) 646-7939
Email: Wirt.Marks@Richmondgov.com
*Counsel for Defendant City of Richmond*

Erin R. McNeill, Esq.
Blaire H. O'Brien, Esq.
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 747-5200
Facsimile: (804) 747-6085
emcneill@oag.state.va.us
bo'brien@oag.state.va.us
*Counsel for Gary Settle*

Theodore Webb Briscoe , III
Geoffrey McDonald & Associates PC
8720 Stony Point Parkway
Suite 250
Richmond, VA 23235
804-888-8888
Fax: 804-359-5426
tbriscoe@mcdonaldinjurylaw.com
*Counsel for Plaintiff Maria Lourdes Maurer*

By: /s/ Thomas H. Roberts
    Counsel

Thomas H. Roberts, Esq. VSB # 26014
tom.roberts@robertslaw.org
Andrew T. Bodoh, Esq. VSB # 80143
andrew.bodoh@robertslaw.org
Thomas H. Roberts & Associates, P.C.
105 South 1st Street
Richmond, VA 23219
(804) 783-2000 (telephone)
(804) 783-2105 (facsimile)
*Counsel for Consolidated Plaintiffs Jarrod Blackwood, Megan Blackwood, Ryan Tagg, Christopher Gayler, and Keenan Angel*