IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KYRA CANNING,<br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM SMITH, et al.,<br>　　　　Defendants. | Lead Civil Action No. 3:20-cv-401 |
| JARROD BLACKWOOD, et al., individually<br>and on behalf of a class of similarly situated<br>individuals,<br>　　　　Consolidated Plaintiffs,<br><br>v.<br><br>JOHN/JANE DOES I-X, et al.<br>　　　　Consolidated Defendants. | |
| MARIA LOURDES MAURER,<br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, et al.,<br>　　　　Defendants. | Civil Action No. 3:20-cv-668 |

## **ORDER**

This matter comes before the Court on the *Blackwood v. Doe, et al.*, plaintiffs' motion, (ECF No. 88), for modification of the protective orders entered in this case, (ECF Nos. 16, 61 (incorporating ECF No. 58 by reference)). The City consents to this motion. The plaintiffs ask the Court to modify the protective orders such that they expire on July 1, 2022, as to the *Blackwood* plaintiffs.

Upon due consideration, the Court GRANTS the motion, (ECF No. 88), and MODIFIES the protective orders entered in this case, (ECF Nos. 16, 61 (incorporating ECF No. 58 by reference)), such that they EXPIRE on July 1, 2022.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 14 February 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge