IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KYRA CANNING,<br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM SMITH, et al.,<br>　　　　Defendants. | Lead Civil Action No. 3:20-cv-401 |
| JARROD BLACKWOOD, et al., individually and on behalf of a class of similarly situated individuals,<br>　　　　Consolidated Plaintiffs,<br><br>v.<br><br>JOHN/JANE DOES I-X, et al.<br>　　　　Consolidated Defendants. | |
| MARIA LOURDES MAURER,<br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, et al.,<br>　　　　Defendants. | Civil Action No. 3:20-cv-668 |

## ORDER

This matter comes before the Court on the City of Richmond's Motion to Enforce the Settlement Agreement and for Sanctions. (Case No. 3:20cv401, ECF No. 95.) The Court DIRECTS counsel for the *Blackwood* plaintiffs to respond to the motion on or before Wednesday, March 9, 2022.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 3 March 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge