IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KYRA CANNING,<br>      Plaintiff,<br><br>v.<br><br>WILLIAM SMITH, et al.,<br>      Defendants. | Lead Civil Action No. 3:20-cv-401 |
| JARROD BLACKWOOD, et al., individually and on behalf of a class of similarly situated individuals,<br>      Consolidated Plaintiffs,<br><br>v.<br><br>JOHN/JANE DOES I-X, et al.<br>      Consolidated Defendants. | |

## ORDER

On February 10, 2022, the *Blackwood v. Doe, et al.*, plaintiffs moved the Court to dismiss their complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 88.) Upon due consideration and finding the terms proper, (ECF No. 91), the Court DISMISSES the case with prejudice. The Court retains jurisdiction to enforce the settlement of the parties in this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 27 July 2022
Richmond, VA